GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   5:99-CR-45-001 (CAR) |
| **MINNIE PEARL THOMAS** | |

Minnie Pearl Thomas has complied with the rules and regulations of supervised release, has met the exception criteria for early termination as outlined by the Chief U.S. Probation Officer in the Middle District of Georgia, and is no longer in need of supervision. It is accordingly recommended that Minnie Pearl Thomas be discharged from supervision.

Respectfully submitted,

Donald L. Coneway, Sr.
Supervising U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this **28** day of **June**, 2022.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE